IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:08CR33 |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| ERICA D. SPEARS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the oral motion of the government made at the hearing held June 13, 2008 in Case No. 8:08CR207 USA v. Erica D. Spears, the Information in this matter will be dismissed.

IT IS ORDERED that Count I of the Information is dismissed.

DATED this 13th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge